1  **HANNI M. FAKHOURY**
   California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Hanni_Fakhoury@fd.org
5
6  Attorneys for Defendant
7
8                     UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) Case No. 08MJ1156
   |                                  )
11 |         Plaintiff,               )
   |                                  )
12 | v.                               ) **NOTICE OF ATTORNEY APPEARANCE**
   |                                  )
13 | RODOLFO MEJIA-RESENDEZ,          )
   |                                  )
14 |         Defendant.               )
   |                                  )
15 | _____  )

16       Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni
17 M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in
18 the above-captioned case.

19                                         Respectfully submitted,
20
21 Dated: April 18, 2008            /s/ Hanni M. Fakhoury
                                    HANNI M. FAKHOURY
22                                  Federal Defenders of San Diego, Inc.
                                    e-mail: Hanni_Fakhoury@fd.org
23                                  Attorneys for Defendant
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California  
880 Front Street  
Room 6293  
San Diego, CA 92101  
(619)557-5610  
Fax: (619)557-5917  
Email: Efile.dkt.gc2@usdoj.gov

DATED:  April 18, 2008        /s/ Hanni M. Fakhoury  
                              HANNI M. FAKHOURY  
                              e-mail: Hanni_Fakhoury@fd.org