AO 455(Rev. 5/85) Waiver of Indictment

FILED

MAY 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  cr

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | 08CR1536-H |
| RODOLFO MEJIA-RESENDIZ | CASE NUMBER: 08mj1156 |

I, RODOLFO MEJIA-RESENDIZ , the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/13/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Rodolfo Mejia Resendiz
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER